UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

-v-   CASE NO. 6:08-CR-175-ORL-35KRS

DAVION JEROME SMILEY

## ORDER

This case having been considered by the Court on the Report and Recommendation Concerning Plea of Guilty (Doc. No. 38, filed October 29, 2008) and no objection thereto having been filed, it is **ORDERED**:

1. The Report and Recommendation of the United States Magistrate Judge (Doc. No. 38) is **ACCEPTED, AFFIRMED AND ADOPTED.**

2. Defendant Davion Jerome Smiley has entered a plea of guilty to Counts Two and Three of the Superseding Indictment knowingly, intelligently and voluntarily. Such plea is accepted, and Defendant is adjudicated guilty of Counts Two and Three of the Superseding Indictment.

**DONE AND ORDERED** at Orlando, Florida, this 31st day of October, 2008.

MARY S. SCRIVEN, JUDGE
UNITED STATES DISTRICT COURT

Copies to:
Assistant United States Attorney
Attorney for Defendant
United States Marshal
United States Probation
United States Pretrial Services